**Order filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00869-CV

_____

### IN THE INTEREST OF E.A.F., CHILD

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-02536J**

---

# O R D E R

This is an accelerated appeal from a decree terminating parental rights. The clerk's record was filed October 9, 2013. On or about December 8, 2013, the Texas Department of Protective Services, through the Harris County Attorney's Office, requested supplementation of the record. *See* Tex. R. App. P. 34.5(c).To date, no supplemental clerk's record has been filed. Accordingly, we issue the following order:

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **January 27, 2014**, containing the following:

1. Interlocutory Decree (terminating parental rights) signed June 18, 2013 (Image #56420146);

2. Notice of Hearing filed September 17, 2013 (Image #57948602);

3. Family Service Plan filed June 19, 2012 (Image #56749888);

4. Temporary Order signed October 11, 2012 (Image #53699392);

5. Motion for New Trial filed August 7, 2013 (Image #57948596); and

6. Order Denying Motion for New Trial signed September 24, 2013.

If any omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM